IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 MAR 25 AM10:45

HD

Rcv'd by: _____

Oleksandr Duhanin
3726 Benson Ave.
Baltimore, MD 21227

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __25 CV 0967__

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

Glantz Holdings Inc.
2501 Constant Comment Place
Louisville, Kentucky 40299

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Oleksandr Duhanin |
| Street Address | 3726 Benson Ave. |
| City and County | Baltimore |
| State and Zip Code | Maryland 21227 |
| Telephone Number | 443-538-2914 |
| E-mail Address | alex.duhanin76@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Glantz Holdings Incorporated |
| Job or Title (if known) | N/A |
| Street Address | 2501 Constant Comment Place |
| City and County | Louisville, Jefferson County |
| State and Zip Code | Kentucky 40299 |
| Telephone Number | 502.568.5751 |
| E-mail Address (if known) | amy.miles@skofirm.com (counsel) |

2

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■  Federal question                    ■  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Age Discrimination in Employment Act (ADEA)

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Oleksandr Duhanin , is a citizen of the State of *(name)* Maryland .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. *Or* is a citizen of
   *(foreign nation)* _____.

   b.      If the defendant is a corporation

   The defendant, *(name)* Glantz Holdings Incorporated , is
   incorporated under the laws of the State of *(name)*
   Kentucky _____, and has its principal place of
   business in the State of *(name)* Kentucky _____. *Or* is
   incorporated under the laws of *(foreign nation)*
   _____, and has its principal place of
   business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an
   additional page providing the same information for each additional
   defendant.)*

3.      The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant
   owes or the amount at stake—is more than $75,000, not counting interest
   and costs of court, because *(explain)*:

   Lost wages and attorney fees.

   _____

   _____

5

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was employed with Glantz as a driver from June 15, 2023 until August 26, 2024. I started and ended work for them earning $21.50 per hour. I am sixty-five (65) years old. When I was employed with Glantz, I had to train an employee under 40 years old. I was terminated on August 26, 2024, being replaced with that same young employee.

When I worked for Glantz, I was required to drive a Ford transit vehicle that had damage to its rear end (not caused by me). The employee who had caused the damage to the rear end of the Ford Transit was still employed with Glantz when I Glantz will claim that it terminated me for once relieving myself in bushes, for once mixing up which product goes to which client, and for once having a 265-pound roll of polycarbonate briefly roll on the ground, during an intense storm, before I stopped the rolling (all while receiving no unloading assistance from the client, who usually provided me with a Forklift upon my arrival. On February 6, 2024, I discreetly urinated in some bushes without the client seeing, during a delivery that took 300 miles and 5.5 hours of driving. No one saw me do it and I simply answered truthfully when the client asked what I was doing. On May 21, 2024, I had to deliver two rolls of polycarbonate, both marked with regular marker (not permanent marker). The rolls differed in size by just about three (3) centimeters (a little over one inch), making it impossible to tell the difference with the naked eye. During the transportation of these rolls, the markings on the two packages rubbed together and rendered the labels illegible. The marker rubbed off especially easily because the packages were covered in a slick plastic wrap. Worse yet, Glantz only marked the packages with their dimensions rather than the name of the client. One of the packages was denoted "8X3.5" and the other was denoted "8X4". When my manager phoned me to tell me about the error (the phone call occurring once I was about an hour into my drive back to the Glantz Maryland facility), I offered to go back and switch the packages so they would be in the correct hands. After all, the two clients were less than a mile from each other. However, my manager refused my suggested and told me to come back to the Glantz Maryland facility. Glantz sent another driver on the 4.5 hour drive the next day to switch the two packages. On August 8, 2024, the client refused to help unload the polycarbonate that I had delivered. It was pouring rain and winds were strong. The product weighed around 265 pounds. I asked the client for help unloading the package but their representative refused to assist me. I opened the two doors at the back of the van and placed the package vertically. I did not bring a hand truck to this delivery because this client had always previously assisted me with a Forklift. Suddenly, the standing package fell on it side and started rolling. I chased it and made it come to a stop and made sure it was in a safe, dry place for the client to get it. I was terminated, at 65 years old, for the above non-issues, while they replaced me with a guy under 40 years old.

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Double my lost wages and any other amounts the Court grants me. I was fired on August 26, 2024 when I was making $21.50 per hour.

7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _3-24-_, 20_25_

Signature of Plaintiff     _O. Duhanin_
Printed Name of Plaintiff  _OLEKSANDR DUHANIN_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

8